UNITED STATES DISTRICT COURT
For The
WESTERN DISTRICT OF PENNSYLVANIA

CR 06-99

U.S.A. vs. Sally Judd Soles                                    Docket No. 98-06139-001 (SD/FL)

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Sally Judd Soles, who was placed on supervision by the Honorable Wilkie D. Ferguson, Jr., sitting in the Court at Fort Lauderdale, Florida, on the 17th day of August 2001, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall pay a $100 special assessment.
- The defendant shall pay restitution in the amount of $61,660.84 (lump sum payment due immediately).
- The defendant shall participate in an inpatient/outpatient mental health program as directed.
- The defendant shall provide access to requested financial information.
- The defendant shall not incur new credit charges or open additional lines of credit as a principal or cosigner without the approval of the probation officer.
- The defendant shall maintain full-time employment and provide documentation of such.

08-17-01: Use of Unauthorized Access Device: 30 months' imprisonment, followed by 3 years' supervised release.
06-04-03: Supervision commenced; Currently supervised by U.S. Probation Officer Romona Clark.
03-09-04: Order signed, Judge Wilkie D. Ferguson, Jr., modifying the full amount of restitution due immediately to a monthly payment schedule of not less than 10 percent of her gross monthly income.
03-31-04: Jurisdiction transferred from the Southern District of Florida to the Western District of Pennsylvania.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that the defendant has paid a total of $2,075 toward restitution. The current balance is $59,585.84. The defendant understands that payments must continue until the balance is paid in full. In light of the upcoming maximum case expiration date of June 3, 2006, it appears appropriate to permit the case to close with an outstanding balance.

PRAYING THAT THE COURT WILL ORDER that the term of supervised release imposed at Criminal No. 98-6139 (SD FL) be allowed to expire as scheduled on June 3, 2006, with the restitution due and owing and the case be closed.

ORDER OF COURT

Considered and ordered this 22 day of March, 2006 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 15, 2006

_____
Romona Clark
U.S. Probation Officer

_____
Paul J. Dippolito
Supervising U.S. Probation Officer

Place:   Pittsburgh, PA